

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00653-CR

David **TAFOLLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8487
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED pursuant to Texas Rule of Appellate Procedure 25.2(d). *See* TEX. R. APP. P. 25.2(d), 37.1.

It is so **ORDERED** on October 24, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court